UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BAUGHER,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY and THE CITY OF SEATTLE,<br><br>    Defendants. | CASE NO.  C06-00584-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On November 2, 2006, this Court vacated its dismissal of Plaintiff's case against Defendants City of Seattle and King County and ordered Plaintiff to pay a $50.00 fine to each Defendant. (Order (Dkt. No. 27).)  Defendants have now notified the Court that Plaintiff has paid the fines (Dkt. Nos. 30, 32) and Plaintiff appears to have made a good faith effort to do so by the deadline imposed by the Court (Dkt. Nos. 28, 29, 31).  Accordingly, the Court finds that litigation on previously suspended issues should proceed, as follows.

Prior to the Court's dismissal of this case on October 24, 2006, the Court had directed Defendant City of Seattle to file a response to Plaintiff's September 5, 2006 Show Cause Response (Dkt. No. 23) by

MINUTE ORDER – 1

Friday, October 27, 2006. (October 17, 2006 Minute Order (Dkt. No. 24).) The Court now amends that response due date and renotes pending issues.

      As previously directed, Defendant's response should address the issues raised by Plaintiff in her September 5, 2006 filing (Dkt. No. 23), as well as her subsequent October 19, 2006 filing (Dkt. No. 25) as they relate to the requirements outlined in this Court's August 22, 2006 Order (Dkt. Nos. 19, 21 (corrected as to deadlines)) regarding effectuation of service, exhaustion of claims, and jurisdiction. To clarify, at issue now are: (1) whether Plaintiff effected proper service by October 2, 2006, as directed by this Court upon quashing service (*see* August 22, 2006 Order 2:11–16) and (2) whether Plaintiff's claims against Defendant City of Seattle should be dismissed for lack of jurisdiction (*see id.* at 2:17–24). Plaintiff has responded to the Court's Order to Show Cause on the second issue (Pl.'s Responses (Dkt. Nos. 23, 25)). The Court now awaits the City of Seattle's responsive argument regarding *both* questions. The City of Seattle's pleading is due no later than January 19, 2007, on which date these issues shall be noted for consideration by the Court.

      DATED this 26th day of December, 2006.

                                BRUCE RIFKIN, Clerk of Court

                            By  */s/ C. Ledesma*
                                  Deputy Clerk

MINUTE ORDER – 2